UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAIL WILLIAMS,

           Plaintiff,

-against-

AFRICAN AMERICAN PLANNING COMMISSION, INC.,

           Defendant.

1:19-cv-11046-MKV

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020
```

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF16], filed on February 27, 2020.

Plaintiff is hereby ORDERED to file a letter with the Court on or before **March 12, 2020** stating whether the proposed dismissal is pursuant to a settlement. If the dismissal is pursuant to a settlement, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable on or before April 13, 2020. The approval request must be supported by a declaration and any other evidence necessary to support the requested determination. See *Cheeks v. Freeport Pancake House*, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

**SO ORDERED.**

**Date: March 2, 2020**
**New York, NY**

                                                                                      *Mary Kay Vyskocil*
                                                             **MARY KAY VYSKOCIL**
                                                             **United States District Judge**