# LEONARD ZACK & ASSOCIATES
### 505 PARK AVENUE 18TH FLOOR
### NEW YORK, N.Y. 10022
### leonardzack@lzack.com

**LEONARD ZACK**

212-754-4050- Telephone

212-202-4006- Facsimile

March 9, 2020

The Honorable Mary Kay Vyskocil
USDC/SDNY
500 Pearl Street
New York, N.Y.

Re:  Williams v. African Planning Commission, Inc.
     Index No.: 1:19-cv-11046-MKV

Dear Judge Vyskocil:

I discontinued voluntarily, after consulting with my client, and reviewing the discovery of the documents of the defendant, which clearly showed Gail Williams was paid for all the time she worked, my client agreed she had no proof to the contrary and thus it became necessary to discontinue the claim. Thank you.

Very truly yours,

Leonard Zack, Esq.