UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAIL WILLIAMS,<br><br>                    Plaintiff,<br><br>-against-<br><br>AFRICAN AMERICAN PLANNING COMMISSION, INC.,<br><br>                    Defendants. | 1:19-cv-11046-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  3/13/2020

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF16], filed on February 27, 2020.

Based on representations from Plaintiff's counsel regarding the reasons for voluntarily dismissal of Plaintiff's Fair Labor Standards Act claim [ECF 19 & 21], specifically that "Gail Williams was paid for all the time she worked [and] agreed she had no proof to the contrary," (ECF 21), dismissal is approved.  IT IS ORDERED THAT THE CASE IS DISMISSED.

**SO ORDERED.**

Date:  **March 13, 2020**
       **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**